IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AMY BROWN<br>    **Plaintiff,**<br>v.<br>AMETEK, INC.<br>    **Defendant.** | CIVIL ACTION NO. 20-1475 |

## ORDER

**AND NOW,** this 10th day of March 2022, upon consideration of the pending motions and the responses and replies thereto, it is hereby **ORDERED** that:

1. Defendant's Motion for Summary Judgment [Doc. No. 28] is **GRANTED**.

2. Defendant's Motion to Amend its Answer and Affirmative Defenses to Plaintiff's Complaint [Doc. No. 25] is **DISMISSED as moot**.

3. The parties filed numerous exhibits under seal without leave of Court and without showing cause for sealing. The parties may file appropriate motions to seal that comply with the decision in *In re Avandia Marketing, Sales Practices, and Products Liability Litigation,* 924 F.3d 662 (3d Cir. 2019), no later than **March 23, 2022**, or the documents will be unsealed.

It is so **ORDERED.**

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**