IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **AMY BROWN**<br><br>     **Plaintiff,**<br><br>  v.<br><br>**AMETEK, INC.**<br><br>     **Defendants.** | **CIVIL ACTION NO. 20-1475** |

## ORDER

**AND NOW,** this 30th day of October 2023, pursuant to the letter from counsel and provisions of Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action is **DISMISSED** with prejudice, pursuant to agreement of counsel, without costs. The Clerk is directed to **CLOSE** the case.

It is further **ORDERED** that if the case was placed in civil suspense that the Clerk of Court transfer that case from the civil suspense file to the current docket for final disposition and **CLOSE** the case.

  It is so **ORDERED.**

                   **BY THE COURT:**

                   **/s/ Cynthia M. Rufe**
                   _____
                   **CYNTHIA M. RUFE, J.**



HOLLY W. SMITH, ESQUIRE
hollysmith@consolelaw.com

October 30, 2023

VIA ELECTRONIC MAIL

The Honorable Cynthia M. Rufe
James A. Byrne U.S. Courthouse
601 Market Street, Room 12614
Philadelphia, PA 19106

    Re:    <u>Amy Brown v. AMETEK, Inc.; Civil Action No.:  2:20-cv-01475-CMR</u>

Dear Judge Rufe:

    I represent Plaintiff, Amy Brown, in the above-referenced matter. I write on behalf of all parties to advise the Court that the parties have reached an agreement in principle to settle the case. The parties respectfully request that the Court issue an Order pursuant to Local Rule 41.1(b) administratively terminating the case.

    Thank you for Your Honor's time and attention to this matter and do not hesitate to contact me if you would like to discuss this request.

                                          Respectfully submitted,

                                          <u>/s/ Holly W. Smith</u>

                                          HOLLY W. SMITH

HWS:amr
cc:    all counsel of record